UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORLANDO PEAY, #325314,

    Plaintiff,

v.

                                    Case No. 22-cv-12753
                                    Hon. Matthew F. Leitman

MARK MCELWEE, et al.,

    Defendants.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated July 12, 2023, this cause of action is SUMMARILY DISMISSED WITHOUT PREJUDICE.

                                                      KINIKIA ESSIX
                                                      CLERK OF COURT

                                              By:   s/Holly A. Ryan
                                                         Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: July 12, 2023
Detroit, Michigan